468 A.2d 823

Commonwealth v. Kochel, Appellant.
Petition for Allowance of Appeal
Denied April 13, 1984.

Argued January 27, 1983.   Stuart S. Sacks, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.

468 A.2d 824

Commonwealth v. Long, Appellant.
Petition for Allowance of Appeal
Denied Feb. 21, 1984.

Argued January 27, 1983.   Francis M. Socha, Assistant Public Defender, for appellant;   William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.